## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR231** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RICHARD LEE BAIRD, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's unopposed motion to extend the deadline for filing pretrial motions [27]. The defendant has not filed a waiver of speedy trial as required by NECivR 12.1.  For good cause shown,

**IT IS ORDERED:**

1.    Defendant's motion for extension of time [27] is granted, and defendant is given until and including **September 18, 2006** to file pretrial motions.

2.    The ends of justice will be been served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., the time **between August 23, 2006 and September 18, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defense counsel requires additional time to adequately prepare the case, taking into consideration the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3.    Defendant shall file a waiver of speedy trial as soon as is practicable.

4.    The trial now set for September 19, 2006 is cancelled and will be rescheduled, if necessary, by further order.

**DATED August 23, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**