IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR231 |
| | ) | |
| RICHARD L. BAIRD, JR., | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    A hearing on the Motion to Suppress Evidence [31] filed by the defendant began on October 18, 2006. The government made a request to continue the hearing to present an additional witness. The defendant objected. The court granted the request. Therefore, the evidentiary hearing on the Motion to Suppress Evidence is continued to **November 6, 2006** at **3:00 p.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    IT IS SO ORDERED.

    DATED this 19th day of October, 2006.

    BY THE COURT:

    s/ F.A. Gossett
    United States Magistrate Judge