IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>RICHARD L. BAIRD, JR.,  )<br>)<br>Defendant.  ) | 8:06CR231<br><br>**SCHEDULING ORDER** |

Upon the oral motion of the defendant, and no objection from the government,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence [31] is continued to **November 14, 2006** at **3:00 p.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge